NAME: Bryce James Pitkin

PRISON IDENTIFICATION/BOOKING NO.: Reg. No. 66315-112

ADDRESS OR PLACE OF CONFINEMENT: MDC-LA

No Fee

FILED
CLERK, U.S. DISTRICT COURT
4/24/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CP DEPUTY

Note: If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bryce James Pitkin
FULL NAME (Include name under which you were convicted)
Petitioner,

v.

Bureau of Prisons, Warden, MDC-LA
NAME OF WARDEN, (or other authorized person having custody of petitioner)
Respondent.

CASE NUMBER:
CV 2:20-cv-3900 CJC
To be supplied by the Clerk of the United States District Court

CR 2:19-CR-00272-CJC-2
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
**(28 U.S.C. § 2241)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☑ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention __MDC-LA__

2. Name and location of court that imposed sentence __United States District Court, Central District of California, 350 W. 1st St, C troom 7C-LA, CA 90012__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. __2:19-CR-00272-CJC-2__
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. __1/23/20__
   b. _____
   c. _____

5. Check whether a finding of guilty was made:
   a. ☑ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☑ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?   ☐ Yes   ☑ No

8. If you did appeal, give the following information for each appeal:

   CAUTION: *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a. (1) Name of court _____
      (2) Result _____
      (3) Date of result _____
      (4) Citation or number of opinion _____

      (5) Grounds raised (*list each*):

          (a) _____

          (b) _____

          (c) _____

          (d) _____

  b. (1) Name of court _____

     (2) Result _____

     (3) Date of result _____

     (4) Citation or number of opinion _____

     (5) Grounds raised (*list each*):

          (a) _____

          (b) _____

          (c) _____

          (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    **CAUTION:** *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

  a. Ground one: **28 USC 2241 - The BOP failed to credit Mr. Pitkin with time spent in federal custody from June 11, 2019 to February 12, 2020.**

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): **See DKT. 144 - Emergency ex parte application. All facts, legal arguments, declarations and documents filed in support of emergency ex parte and Dkt. 144.**

  b. Ground two: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

   c. Ground three: _____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

   d. Ground four: _____

_____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?   ☐ Yes  ☒ No

11. If your answer to Question No. 10 was yes, give the following information:
   a.  (1) Name of Court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

_____

_____

_____

_____

        (4) Result _____
        (5) Date of result _____
        (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

_____

_____

b. (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

Appropriate proceeding is 28 USC 2241 per Johson v. Gill, 883 F.3d 756 (9th Cir. 2018) which addressed precise issue.

13. Are you presently represented by counsel? ☒ Yes ☐ No

If so, provide name, address, and telephone number David S. McLane 975 E. Green Street, Pasadena, CA 91106

Case name and court 02-19-272-CJC   cell (626) 379-7866

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information? ☒ Yes ☐ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  4/24/20
Date

David McLane for Bryce James Pitkin
Signature of Petitioner

CV-27 (05/18)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)   Page 5 of 7

_____Bryce James Pitkin_____
*Petitioner*

_____Warden - MDC-LA,_____
Bureau of Prisons
*Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, _____Bryce James Pitkin_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _I had appointed counsel in my case, and I have been in prison since that time. I do not have financial means to hire counsel._

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?     ☐ Yes  ☐ No
    b. Rent payments, interest or dividends?                ☐ Yes  ☐ No
    c. Pensions, annuities or life insurance payments?      ☐ Yes  ☐ No
    d. Gifts or inheritances?                               ☐ Yes  ☐ No
    e. Any other sources?                                   ☐ Yes  ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☐ Yes  ☐ No

    If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☐ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___4/24/20___
               *Date*

_____
*Signature of Petitioner*
for Bryce James Pitkin

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____
_____
_____

_____
*Date*

_____
*Authorized Officer of Institution*

_____
*Title of Officer*